ELMER L. HINMAN, Respondent, *v.* FREDERICK O. CLARKE et al., Constituting the Department of Works of the City of Oswego, et al., Appellants.

*Hinman* v. *Clarke,* 121 App. Div. 105, affirmed.
(Argued October 21, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 17, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for an injunction.

*Francis D. Culkin* for appellants.

*E. J. Mizen* and *D. P. Morehouse* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

LOUIS BERNSTEIN, Respondent, *v.* CHAPIN S. FLEET, Appellant.

*Bernstein* v. *Fleet,* 118 App. Div. 910, affirmed.
(Argued October 21, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 25, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the alleged wrongful act of the defendant in conveying certain stocks held by him as broker.

*James C. Lenney* for appellant.

*A. S. Gilbert* and *Julius M. Mayer* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.